# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR 2863-H |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Gloria Raquel Gaspar | ) | Booking No. 05177-298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __Feb. 4, 2008__ the Court entered the following order:

- [✓] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- [ ] Defendant released on $_____ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
- [✓] Defendant sentenced to TIME SERVED, supervised release for __2__ years.
- [ ] c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court: _____ dismissing appeal filed.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case Dismissed.
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [ ] Other._____

**MARILYN L. HUFF**
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE
OR
W. SAMUEL HAMRICK, JR. Clerk
by _Mason_
Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)   ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY